# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Warsam Osman, | Civil No. 09-2595 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Worldwide Recoveries, LLC; Don Terry; Tony Beretta; and Jane Doe, | |
| Defendants. | |

The Court having been advised that the above-entitled action has been resolved,

**IT IS ORDERED**:

1. The above-entitled action against Defendants Worldwide Recoveries, LLC, and Don Terry shall be and hereby is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or attorney fees to any party; and

2. The above-entitled action against Defendants Tony Beretta and Jane Doe shall be and hereby is **DISMISSED WITHOUT PREJUDICE**, without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 4, 2010

                                                    s/Richard H. Kyle  
                                                    RICHARD H. KYLE  
                                                    United States District Judge